UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

K-S-

v.                                          Case No. 25-cv-288-SE

FCI Berlin, Warden, et al


JUDGMENT

Judgment is hereby entered in accordance with the following:

1. Order by Chief Judge Samantha D. Elliott dated December 17,
   2025; and

2. Endorsed Order by Chief Judge Samantha D. Elliott dated
   February 11, 2026.


                                    By the Court:

                                    _____
                                    Tracy A. Uhrin
                                    Clerk of Court


Date: February 13, 2026

cc:  Counsel of Record